FILED

02/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0012

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA 23-0012

ALMA EDWARDS,

  Plaintiff/Appellant,

    vs.

TURLEY DENTAL CARE, P.C.,

  Defendant/Appellee.

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME PER M.R.A.P. 26**

Upon consideration of Appellant's unopposed motion for an extension of time up to and including March 8, 2023 and recognizing that this is the first such request for an extension of time by Appellant, the Court finds good cause in which to grant the motion. Accordingly,

IT IS HEREBY ORDERED that the Appellant shall have up to and including March 8, 2023 in which to file and serve her Opening Appellant Brief in this appeal.

1

DATED this          day of FEBRUARY, 2023.

By:_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 3 2023